IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK G. WILDY,

    Plaintiff,                    No. CIV S-01-0550 DFL JFM P

    vs.

GILBERT SAINZ, et al.,

    Defendants.              ORDER

        On July 27, 2006, plaintiff filed a notice of submission of documents. This civil rights action was dismissed without prejudice on September 30, 2004 due to plaintiff's failure to exhaust administrative remedies prior to suit as required by 42 U.S.C. § 1997e(a). Plaintiff is advised that in order to pursue those claims he must file a new civil rights action by submitting a new complaint together with either an application to proceed in forma pauperis or payment of the $350.00 filing fee for a civil rights action. Documents filed by plaintiff in this action since the closing date will be disregarded and no orders will issue in response to future filings.

        IT IS SO ORDERED.

DATED: August 24, 2006.

UNITED STATES MAGISTRATE JUDGE

12/mp
wild0550.58